AO 240A (1/94)

~~United States District Court~~
~~Southern District of Texas~~
ENTERED

AUG 25 1998

Michael N. Milby, ~~Clerk of Court~~
By Deputy Clerk

3

~~United States District Court~~
Southern District of Texas
FILED

AUG 24 1998

Michael N. Milby
~~Clerk of Court~~

# United States District Court

DISTRICT OF ——— Texas

DAVID C. RIVERA

Plaintiff

V.

Defendant

GARY JOHNSON

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: B-98-21

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

[✓] GRANTED.

[ ] The clerk is directed to file the complaint.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this ___24th___ day of ___August___, 19 _98_.

_____
Signature of Judicial Officer

U.S. District Judge
Name and Title of Judicial Officer