lmv

4

United States District Court
Southern District of Texas
ENTERED

SEP 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 24 1998

Michael N. Milby, Clerk

DAVID C. RIVERA                    *

VS                                 *    C.A. NO. B 98 125

GARY JOHNSON                       *

O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 Motion for Writ of Habeas Corpus by a Person in States Custody on or before **October 26, 1998.**

DONE at Brownsville, Texas, this 25th day of September, 1998.

John Wm. Black
United States Magistrate Judge