*7*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
ENTERED**

**NOV 13 1998**

**Michael N. Milby,** Clerk of Court
**By Deputy Clerk**

| | | |
|---|---|---|
| *DAVID C. RIVERA,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. B-98-125 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

On the motion of Respondent, the Respondent's time for filing a response to the habeas petition is extended up to and including November 25, 1998.

It is so ORDERED.

SIGNED on this the _12_ day of _Nov_ , 1998.

_____
JUDGE PRESIDING