11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

JUN 2 4 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DAVID C. RIVERA § | |
| Petitioner § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-98-125 |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 27, 1999 should be adopted.

It is thereby ORDERED, ADJUDGED and DECREED that Respondent's Motion to Dismiss is **GRANTED**.

It is further ORDERED that all other pending motions are hereby **DISMISSED**.

DONE in Brownsville, Texas on this 24th day of June, 1999.

Filemon B. Vela
United States District Judge